MARIE RAMEIZL v. STANIS RAMEIZL.— Motion to dismiss appeal denied. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

BECKIE COHEN, as Administratrix, etc., v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

FRANK DAVIN and Others, as Executors, etc., v. ETHEL ISMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.   Present — Dowling, Laughlin, Smith, Page and Shearn.

WILLIAM N. MEAD v. MORAN TOWING AND TRANSPORTATION COMPANY. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

WILLIAM WALSH v. RODGERS & HAGERTY, INC.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN HART.— Motion to dismiss appeal granted.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD PALMER.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

MARY MANDA v. GERTRUDE D. HAWES and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CUBAN-AMERICAN TELEPHONE AND TELEGRAPH COMPANY v. G. MUSSO COMPANY and Others.— Motion denied, with ten dollars costs.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

WEILL-FEINBERG COMPANY, INC., v. ERNEST TORNABELL and Others. — Application denied, with ten dollars costs.   Order signed.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

LEON COOPER and Others v. MUNDIAL TRADING COMPANY.— Application granted upon defendant's filing stipulation that upon affirmance judgment absolute shall be rendered against it.   Order signed.   Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.